Douglas C. Spears (FL Bar No. 0373801)
Benjamin C. Iseman (FL Bar No. 0194506)
Swann Hadley Stump Dietrich & Spears, PA
200 E. New England Avenue, Suite 300
Winter Park, Florida 32789
Tel. 407-647-2777
Fax. 407-647-2157
dspears@swannhadley.com
biseman@swannhadley.com

Mark J. Rosenberg (*pro hac vice* application forthcoming)
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, New York 10018
Tel. 212 216-8000
Fax 212 216-8001
mrosenberg@tarterkrinsky.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SW VENTURES LTD., | Case No. |
| Plaintiff, | **COMPLAINT** |
| v. | **JURY TRIAL DEMANDED** |
| HARDLY BASIC CORP. and FATIMA B. DUARTE, | |
| Defendants. | |

Plaintiff SW Ventures Ltd. ("SW Ventures"), by and through its undersigned attorneys, for its complaint against Hardly Basic Corp. and Fatima B. Duarte (collectively, "Defendants") allege as follows:

### NATURE OF THE ACTION

1.     This is an action for copyright infringement arising under the Copyright Act of

1976, 17 U.S.C. § 101 *et seq.*

2.      This action results from Defendants' unauthorized copying of SW Ventures' copyrighted images and using it, without authorization, on and in connection with a competing product.

## THE PARTIES

3.      Plaintiff SW Ventures is a limited company formed under the laws of Ireland with a place of business at Glenview, Kilmona Cross, Grenagh, Cork, Ireland.

4.      Upon information and belief, defendant Hardly Basic Corp. ("Hardly Basic") is a corporation formed under the laws of the State of Florida with a place of business at 806 Verona Street, Ste. 1, Kissimmee, Florida.

5.      Defendant Fatima B. Duarte is an individual who, upon information and belief, is a resident of Sarasota, Florida with a business address of 806 Verona Street, Ste. 1, Kissimmee, Florida.

6.      Upon information and belief, Ms. Duarte is the owner and president of defendant Hardly Basic and is the active, driving force behind Defendants' infringing conduct alleged herein. Upon information and belief, all of the illegal acts of Hadly Basic Abundant were either performed by Ms. Duarte or by persons acting at the direction and upon the authority of Ms. Duarte.

## JURISDICTION AND VENUE

7.      This action arises under the Copyright Act, Title 17 of the United States Code. Accordingly, this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

8.      This Court has personal jurisdiction over Defendants because Defendants reside and are doing business in the State of Florida and in this District. Upon information and belief, all of Defendants infringing conduct occurred in the State of Florida.

9.      Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. § 1391 because, among other things, Defendants reside in this District and are subject to personal jurisdiction in this District.

## SW VENTURES AND ITS BUSINESS

10.     SW Ventures is an online seller of a wide range of premium quality signs and labels for household and business use.

11.     SW Ventures' products are offered for sale on online platforms such as Amazon.com ("Amazon") and Etsy.

12.     One of the products that SW Ventures sells is the "Stylish Clean Dirty Magnet for Dishwasher," Amazon ASIN B091FCVF2L (the "SWV Magnet").

13.     The SWV Magnet bears an original design entitled "Dirty Clean Dishwasher Magnet," which SW Ventures owns by assignment (the "SWV Design"). That design is the subject of the U.S. Copyright Registration No. VA0002265335 dated July 30, 2021 (the "SWV Copyright). A true and correct copy of a printout of the registration information for the registration for the SWV Copyright from the U.S. Copyright Office's database and the deposit copy therefore are attached hereto as Exhibit 1.

14.     The SWV Design was first published on June 23, 2021 and has been displayed and offered for sale on Amazon since that date.

## DEFENDANTS' ILLEGAL CONDUCT

15.     Upon information and belief, defendant Hardly Basic is on online seller of a variety of goods which are offered for sale on a variety of platforms including Amazon, Walmart.com ("Walmart"), eBay and Etsy.

16.     Upon information and belief Hardly Basic sells its goods under the brand iClevr.

17.     Upon information and belief, Defendants, at all relevant times, have been aware of the SWV Magnet and the SWV Design.

18.     In or about September 2021, after the SWV Design was first displayed on Amazon and after the registration for the SWV Copyright issued, defendant Hardly Basic at the instruction defendant Ms. Duarte began selling an iClevr Dishwasher Magnet Clean Dirty Sign Indicator on at least Amazon, Walmart.com, Etsy and eBay (the "Infringing Product").

19.     The Infringing Product bears a design that is nearly identical to the copyrighted SWV Design (the "Infringing Design"). True and correct copies of the relevant pages of Defendants' listings for the Infringing Product on Amazon, Walmart and eBay are attached hereto as Exhibit 2.

20.     The listings for the Infringing Product on Amazon, Walmart, Etsy and eBay all contain or contained photographs showing the Infringing Product (collectively, the "Infringing Photos").

21.     SW Ventures never authorized either of the Defendants to use or otherwise copy the SWV Design.

22.     On February 4, 2022, SW Ventures, pursuant to the Digital Millennium Copyright Act, submitted to Etsy a notice of infringement regarding Defendants' Infringing Product that was being offered for sale on Etsy.

23.     After Etsy removed the listing for the Infringing Product, Ms. Duarte, on behalf of defendant Hardly Basic, submitted a counter-notice to Etsy claiming that Infringing Product did not infringe the SWV Copyright.

24.     Upon information and belief, at all relevant times, Defendants knew that their assertion of non-infringement to Etsy was false.

25.     On or about February 14, 2022, counsel for SW Ventures sent a cease and desist letter to Defendants, which, among other things, put them on notice of their infringing conduct and SW Ventures' rights in and to the SWV Copyright and demanded that Defendants immediately cease all sales of the Infringing Product (the "Cease and Desist Letter"). A true and correct copy of the Cease and Desist Letter (without enclosures) is attached hereto as Exhibit 3.

26.     Defendants never stopped selling the Infringing Product or using the Infringing Photos and have not substantively responded to the Cease and Desist Letter. While an attorney purporting to represent Hardly Basic stated in an email to SW Ventures' attorney dated February 24, 2022, that "a substantial reply" would be provided "the following week," no such reply has been received. Indeed, other than the initial February 24, 2022 email, no further communications have been received from Hardly Basics' attorney despite due inquiry.

## FIRST CAUSE OF ACTION

## COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 501

27.     SW Ventures repeats and realleges and incorporates by reference Paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28.     Defendants have infringed the SWV Copyright by using exact or nearly exact copies of the SW Design on an in connection with the Infringing Products and the Infringing Photos without the authorization of SW Ventures.

29.     The Infringing Product bears a design that is substantially similar to the SWV Design.

30.     The Infringing Photos contain images of the Infringing Product that bears a design that is substantially similar to the SWV Design.

31.     SW Ventures has been damaged by Defendants' infringing conduct in an amount

to be determined at trial.

32.     Upon information and belief, unless enjoined, Defendants and/or others acting on behalf of Defendants will continue their infringing acts, thereby causing additional irreparable injury to SW Ventures for which there is no adequate remedy at law.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff SW Ventures respectfully requests that the Court enter a judgment against the Defendants as follows:

A.     Issuing a permanent injunction enjoining Defendants and defendant Hardly Basic's shareholders, officers, employees, agents, servants and all persons and entities in active concert and participation with them from:

    i.     Using, reproducing, distributing, creating derivative works from or otherwise infringing the SW Design;

    ii.     Offering for sale and selling the Infringing Product; and

    iii.     Publishing and displaying the Infringing Photos or any other photographs and images showing the Infringing Product or the Infringing Design.

B.     Ordering that Defendants destroy or deliver to SW Ventures for destruction all of their inventory of the Infringing Product, all copies of the Infringing Photos and all materials that contain reproductions of or derivative works based on the SWV Design.

C.     Awarding SW Ventures its actual damages or, in the alternative, statutory damages pursuant to 17 U.S.C. § 504(c);

D.     Awarding SW Ventures enhanced statutory damages pursuant to 17 U.S.C. § 504(c) due to Defendants' willful and intentional violation of SW Ventures' rights;

E.   Awarding SW Ventures its attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

F.   Granting such other and further relief as the Court deems just and proper.

**JURY DEMAND**

SW Ventures hereby demands trial by jury on all claims and issues so triable.

Dated: March 18, 2022

Respectfully submitted,

SWANN HADLEY STUMP DIETRICH & SPEARS, PA

By:

Douglas C. Spears (FL Bar No. 0373801)
Benjamin C. Iseman (FL Bar No. 0194506)
200 E. New England Avenue, Suite 300
Winter Park, Florida 32789
Tel. 407-647-2777
Fax. 407-647-2157
dspears@swannhadley.com
biseman@swannhadley.com

Mark J. Rosenberg (pro hac vice application forthcoming)
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, New York 10018
Telephone: (212) 216-8000
Facsimile: (212) 216-8001
mrosenberg@tarterkrinsky.com

*Attorneys for Plaintiff*

# **EXHIBIT 1**


United States Copyright Office

**The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002265335
Search Results: Displaying 1 of 1 entries



Labeled View

### *Dirty Clean Dishwasher Magnet.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002265335 / 2021-07-30 |
| **Application Title:** | Dirty Clean Dishwasher Magnet. |
| **Title:** | Dirty Clean Dishwasher Magnet. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | SW Ventures Ltd, Transfer: By written agreement. Address: Glenview, Kilmona Cross, Cork, T23, Ireland. |
| **Date of Creation:** | 2021 |
| **Date of Publication:** | 2021-06-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Gabriela Yamasaki; Domicile: Peru; Citizenship: Peru. Authorship: 2-D artwork. |
| **Rights and Permissions:** | Melvin Naidu, Justec Legal Advisory Services, 4300 Biscayne Boulevard, Miami, FL, 33137, United States, (305) 290-3730, m.naidu@justechlegal.com |
| **Names:** | Gabriela Yamasaki |
| | SW Ventures Ltd |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record  ⌄   Format for Print/Save |
| Enter your email address:                     Email |

Help   Search   History   Titles   Start Over



# **EXHIBIT 2**

amazon prime

Deliver to Jennifer
Bayside 11360

Home & Kitchen ▼

Hello, Jennifer
Account & Lists ▼

Returns
& Orders

🛒 0

☰ All    Amazon Basics    Prime ▼    Buy Again    Best Sellers    Gift Cards    Coupons    Pet Supplies    Shopper Toolkit         Save on meds with Prime

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improver

55,906

Home & Kitchen › Kitchen & Dining › Kitchen Utensils & Gadgets › Kitchen Accessories › Refrigerator Magnets

Sponsored ⓘ



   

Roll over image to zoom in

   

## Dishwasher Magnet Clean Dirty Sign Indicator, Stylish Universal Kitchen Dish Washer Refrigerator Magnet, Super Strong Magnet or Stickers for Non-Magnetic Surfaces for Kitchen Organization and Storage

Visit the iClevr Store

★★★★★ ˅   91 ratings

**$11⁹⁹**

✓prime

& FREE Returns ˅

Get a $150 Gift Card: Pay $0.00 ~~$11.99~~ upon approval for the Amazon Prime Rewards Visa Card. No annual fee.

Color: **Black & White Floral**



| Color | Black & White Floral |
|---|---|
| Material | Acrylic |
| Brand | iClevr |

Sponsored ⓘ

**Buy it with**

Total price: $65.45

[ Add all three to Cart ]

**$11⁹⁹**

✓prime & FREE Returns ˅

FREE delivery **Saturday, March 19**. Order within 8 hrs 24 mins

⊙ Deliver to Jennifer - Bayside 11360

In Stock.

Qty: 1 ˅

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from   Amazon
Sold by      Hardly Basic Store

Return policy: Eligible for Return, Refund or Replacement ˅

☐ Add a gift receipt for easy returns

[ Add to List ]  ˅

### Customer ratings by feature

Sturdiness
★★★★★ 5.0

Adhesion
★★★★★ 4.9

Giftable
★★★★★ 4.9

Easy to read
★★★★★ 4.8

See all reviews

Share ✉ f 🐦 📌

| | |
|---|---|
| Product Dimensions | 7 x 2 x 0.35 inches |
| Item Weight | 2.43 ounces |
| Manufacturer | iClevr |
| ASIN | B09C2Q4YNW |
| Customer Reviews | ★★★★★ ⌄   91 ratings<br>4.9 out of 5 stars |
| Best Sellers Rank | #57,882 in Kitchen & Dining<br>(See Top 100 in Kitchen &<br>Dining)<br>#454 in Refrigerator Magnets |
| Date First Available | September 16, 2021 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

# Videos

### Videos for this product



0:11

**Customer Review:** Good quality elegant product!

Andrea Fernandez

Upload your video

## Based on your recent views

Sponsored ⓘ









| Magnet Clean Dirty, Dishwasher, 2" Diameter, Easy Grab, Double Sided, Kitchen | GOPEWON Dishwasher Magnet Clean Dirty Sign Indicator, Washing Machine Magnet... | Affresh Dishwasher Cleaner, Helps Remove Limescale and Odor-Causing Residue, 6... | Clean Dirty Magnet for Dishwasher,MOONOON Dirty Clean Dishwasher Magnet Sign for Ki... | GOPEWON Dishwasher Magnet Clean Dirty Sign Indicator, Washing Machine Magnet... |
|---|---|---|---|---|
| $8.99 ✓prime | ★★★★½ 36<br>$9.99 ✓prime | ★★★★½ 51,462<br>$9.35 ✓prime<br>🍃 Climate Pledge Friendly | ★★★★★ 16<br>$11.99 ✓prime | ★★★★★ 24<br>$9.99 ✓prime |

 **Walmart** 〉〈

▦ **Departments**    ♙♙ **Services**

Search ever 🔍

⤺ Reorder **My Items**    👤 Sign In **Account**

🛒 0 $0.00

⌂ Secaucus Supercenter  |  ⊙ New York, 10014

Home › Decor › Wall Decor › Shop All Wall Decor

iClevr

# New Design Dishwasher Magnet Clean Dirty Sign Indicator - Refrigerator Magnet Black & White Floral

## $11.00

**Add to cart**

🚚 Free shipping, **arrives by Mon, Mar 28** to New York, 10014

**Want it faster?** Add an address to see options
More options

🏪 Sold and shipped by Hardly Basic Corp | Hardly Basic Corp

🖾 Free 30-Day returns  Details

♡ Add to list        🎁 Add to registry

---



**+ Add**

Sponsored

**$12.95**

18 Push Pin Refrigerator Fridge Magnets, Magnetic Push Pins, Magnet, Fridge, Small, Mini, Cute, For Refrigerator, Whiteboard, Magnet Board, Heavy Duty, Strong, Neodymium, Kitchen, Office, Magnetic Map

★★★★★ 8

2-day shipping



## Similar items you might like

Based on what customers bought



Options

+2 options



Options

+24

Reduced price



Options

**From $8.99**

Dish Nanny Dishwasher Magnet Clean Dirty Sign, Non-Scratching Backing / 3M Sticky Tab Adhesion, Sliding Indicator Works for...

★★★★★ 52

3+ day shipping

**From $5.99**

WIRESTER Refrigerator Magnets Decoration for Kitchen Refrigerator, English Bulldog Look Back

3+ day shipping

**From $6.47**

Magnet Butterfly Refrigerato 3D Wall Sticker Home Decor

★★★★★ 1

3+ day shipping

## Popular items in this category

Bestselling items that customers love



Options

From $2.26

Mainstays 8" x 10" Format Frame

★★★★½ 1660

Pickup   3+ day shipping

Best seller



Options

+3 options

From $1.22

Mainstays 4" x 6" Step Black Gallery Wall Picture Frame

★★★★½ 131

Pickup   3+ day shipping



+ Add

$2.48

Mainstays 8.5x11 Document F

★★★★½ 572

Pickup   3+ day shipping

## About this item

### Product details ⌃

iClevr NEW ELEGANT DESIGN DISHWASHER CLEAN & DIRTY MAGNET SIGN is a convenient and stylish way to communicate with your household members and incentivize your kids to participate in the home organization! Super easy to use! Just slide the window to the left or to the right leaving your DIRTY or CLEAN message uncovered. Super strong and soft Full Magnet on the back won't damage or scratch any surface and stays in place. In case you have a non-metal surface, it comes with 2 double-sided tapes that will basically stick anywhere you want.

FEATURES:

- Premium Quality

- Silver Finishing

- Stylish & Unique New Designs

- Easy to Use

- Two Contrasting Colors

- Perfect Size to read from a distance

- Full size, Soft & Strong magnet on the Back will stay in place and will not scratch or damage or any surface

- Water Resistant with Glossy acrylic Panel covering won't peel or stain
- 2 Double-Sided Tape Included to Stick it on Any Non-Metal Surface as well

- Refrigerator magnet

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. <u>See our disclaimer</u>

## Specifications                                                      ⌃

### Brand

iClevr

💬 <u>Report incorrect product information</u>

 **Earn 5% cash back** on Walmart.com   <u>Learn how</u>

## Products you may also like

Sponsored








**$12.99**

Cards and Gifts Table Sign with Easel, Floral Crescent Design (6" x 8")

3+ day shipping

**$12.95**

18 Push Pin Refrigerator Fridge Magnets, Magnetic Push Pins, Magnet, Fridge, Small, Mini, Cute, For...

★★★★★ 8

2-day shipping

**$8.99**

Signs ByLITA Oval Unisex Restroom Sign (Walnut) - Small

3+ day shipping

## Customer reviews & ratings

Practice Clock

Borg Clock

Clock Threshold

We'd love to hear what you think!

Metal Clocks

Wall Clocks Shop All

Clocks Shop All

**Give feedback**

Farmhouse Clocks

Anatomical Clocks

Modern Wall Clocks

Roman Numeral Clocks

All Departments    Store Directory    Careers    Our Company    Sell on Walmart.com    Help    COVID-19 Vaccine Scheduler

Product Recalls    Accessibility    Tax Exempt Program    Get the Walmart App    Sign-up for Email    Terms of Use

Privacy & Security    CA Privacy Rights    California Supply Chain Act    Do Not Sell My Personal Information

Request My Personal Information

© 2022 Walmart. All Rights Reserved.

Hi! Sign in    Daily Deals    Help & Contact                                                    Sell    Watchlist    My eBay

ebay

🔍 Search for anything                                    All Categories ▾

Back to home page | Listed in category:   Collectibles  >  Kitchen & Home  >  Kitchen Tools & Gadgets  >  Refrigerator Magnets                          | Add to Watchlist

## People who viewed this item also viewed

Dishwasher Magnet Clean Dirty Sign Push Shutter Changes Indicator...
**$9.39**
Free shipping

3" Premium Magnet Dishwasher Clean Dirty Running Sign Acrylic Dirty...
**$8.88**
+ $0.99 shipping

SAVE UP TO 15% WHEN YOU BUY MORE






Hover to zoom

Have one to sell?  Sell now

### Clean & Dirty Dishwasher Magnet & Sticker Sign Indicator

| Condition: | New |
| --- | --- |

Bulk savings:

| Buy 1 $11.00/ea | Buy 2 $10.45/ea |
| --- | --- |
| Buy 3 $9.90/ea | |

Quantity: 1    4 or more for $9.35/ea

More than 10 available
43 sold / See feedback

Price: **US $11.00/ea**

Buy It Now

Add to cart

Add to Watchlist

43 sold    Ships from United States    15 watchers

Shipping:  **FREE** Standard Shipping | See details
Located in: Sarasota, Florida, United States

Delivery:  Estimated between Tue. Mar. 22 and Fri. Mar. 25 to 10014

Returns:  14 days returns | Buyer pays for return shipping | See details

Payments:

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
fateka (120
100% Positive feedback

♡ Save this seller
Contact seller
See other items

Sponsored items customers also bought                                    Feedback on our suggestions

| Dishwasher Magnet Clean Dirty Sign Push Shutter... | DISHWASHER CLEAN DIRTY MAGNET SIGN 5 INCH NON-... | 3" Premium Magnet Dishwasher Clean Dirty Running Sign Acryli... | Democrat & Republican CLEAN / DIRTY Sign - Dishwasher... | Dishwasher Magnet Clean Dirty Sign Dishes Kitchen Flip Turn | Dis... Sig... |
|---|---|---|---|---|---|
| New | New | New | New | New | Nev |
| **$9.39** | **$7.75** | **$8.88** | **$6.99** | **$3.98** | **$6** |
| Free shipping | Free shipping | + $0.99 shipping | Free shipping | Free shipping | Fre |
| Top Rated Plus | Seller 99.8% positive | 60 sold | Top Rated Plus | 1653 sold | Sel |
| 52 sold | | | Buy 2, get 1 free | | |

---

Description    Shipping and payments          Report item

Seller assumes all responsibility for this listing.        eBay item number: **275028737694**

Last updated on Jan 11, 2022 08:14:14 PST  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Item Thickness: | 0.25 |
| Shape: | Rectangle | Size: | Small |
| Color: | Silver | Material: | ABS |
| Item Length: | 7 in | Brand: | iClevr |
| Type: | Dishwasher Magnet | Style: | Contemporary |
| Features: | Soft Magnet, Magnetic | Time Period Manufactured: | 2021 |
| Country/Region of Manufacture: | United States | Item Width: | 2 in |
| Item Weight: | 0.2 | | |

More to explore :  Dishwasher Magnet,  Collectible Credit Cards Cards Magnetic Strip Signed,  Collectible Credit & Charge Cards Magnetic Strip Signed,  Collectible Charge Cards Cards Magnetic Strip Signed,  Collectible Credit Cards Cards Magnetic Strip Not Signed,  Refrigerator Magnet,  Porcelain Sign,  Beer Sticker,  Enamel Sign, Sticker Airline Collectibles

# EXHIBIT 3



Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Mark J. Rosenberg
Partner
212-216-1127
mrosenberg@tarterkrinsky.com

February  14, 2022

**By FedEx and Email**

Hardly Basic Corp.
806 Verona Street, Ste. 1
Kissimmee, FL 34741

Attn. Fatima B. Duarte

    *Re:  Infringement and by Hardly Basic Corp.*

Dear Ms. Duarte:

    This firm represents SW Ventures Limited, the seller of Assured Signs products on Amazon. We are writing to you regarding Hardly Basic Corp.'s illegal sales of a dishwasher magnet that infringes SW Venture's copyrighted design.

    As Hardly Basic appears to be aware, SW Ventures is an Amazon seller which sells, among other things, a Stylish Clean Dirty Magnet for Dishwasher, ASIN B091FCVF2L (the "SWV Magnet"). The SWV Magnet bears an original design which is the subject of the U.S. Copyright Registration No. VA0002265335 (the "SWV Design"). A printout of the registration information from the Copyright Office's database and the deposit copy are enclosed.

    It has come to our attention that after SW Ventures first published the SWV Design and after the copyright in the SWV Design was registered, Hardly Basic began selling the iClevr Dishwasher Magnet Clean Dirty Sign Indicator on at least Amazon, Walmart.com, Etsy and eBay (the "Infringing Product"). The Infringing Product, without the authorization of SW Ventures, bears a design that is nearly identical to the copyrighted SWV Design (the "Infringing Design").

    Hardly Basic's conduct is in violation of the law. Among other things, it constitutes copyright infringement under 17 U.S.C. § 501. Under the Copyright Act, SW Ventures is entitled to, among other things, all of the profits Hardly Basic has derived from its sales of the Infringing Product. SW Ventures is also entitled to statutory damages of up to $30,000 which can be increased to $150,000 because it appears that Hardly Basic's infringement was committed willfully.

    In view of the foregoing, on behalf of our client, we demand that you and your business, (i) immediately cease and desist from offering for sale and selling the Infringing Product and any other product which bears the SW Venture Design, and (ii) within five days of the date of this

Ms. Fatima B. Duarte
February 14, 2022
Page 2

letter, provide us with (a) written assurances that Hardly Basic has permanently ceased its infringement and (b) copies of documents from Amazon, Walmart, Etsy and eBay which evidence the number of units sold of the Infringing Product. From that information, we will determine the amount SW Ventures will require that Hardly Basic pay in order to resolve this matter.

Should this matter not be promptly resolved, SW Ventures intends to take more formal legal steps to protect its rights and business.

The statements herein are without prejudice to our client's rights and remedies, all of which are expressly reserved.

Sincerely yours,

Mark J. Rosenberg

Enc.