**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| SW VENTURES LTD., <br><br> Plaintiff, <br><br> v. <br><br> HARDLY BASIC CORP. and FATIMA B. DUARTE, <br><br> Defendants. | Case No. 6:22-cv-00569-RBD-EJK |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**None**

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: April 5, 2022.

                                                   Mark J. Rosenberg
                                                   TARTER KRINSKY & DROGIN LLP
                                                   1350 Broadway
                                                   New York, New York 10018
                                                   Telephone: (212) 216-8000
                                                   Facsimile:  (212) 216-8001
                                                   mrosenberg@tarterkrinsky.com

                                                   SWANN, HADLEY, STUMP, DIETRICH & SPEARS, P.A.

                                                   *By:*    */s/ Douglas C. Spears*
                                                   Douglas C. Spears (FL Bar No. 0373801)

Benjamin C. Iseman (FL Bar No. 0194506)
200 East New England Avenue, Suite 300
Winter Park, Florida 32789
Telephone: (407) 647-2777
Facsimile:   (407) 647-2157
dspears@swannhadley.com
biseman@swannhadley.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of April, 2022, a true and correct copy of the foregoing was filed with the Clerk of Court via CM/ECF; the Defendants have not yet been served with process, nor has anyone appeared in the matter as yet on their behalf. Consequently, this Certificate will be amended to reflect service once it is possible.

By:  */s/ Douglas C. Spears*
Douglas C. Spears (FL Bar No. 0373801)

2